IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:12-00198 |
| ) | |
| NAWAK CHAOUK ) | JUDGE ALETA TRAUGER |
| ) | |

## MOTION TO JOIN

Comes now the Defendant, NAWAK CHAOUK, by and through his attorney of record and moves this Honorable Court to be allowed to join in the Co-Defendant's previously filed Motion to Dismiss Count 9 of the Indictment.

Respectfully submitted,

/s/ John E. Rodgers, Jr.
JOHN E. RODGERS, JR., #6041
Attorney for Defendant
500 Harpeth Trace Drive
Nashville, TN 37221
(615) 353-9834

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 14h day of July, 2014, to:

Phil Wehby
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
US Courthouse
Nashville, TN 37203-3870

/s     John E. Rodgers, Jr.
John E. Rodgers, Jr.